# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | **INITIAL APPEARANCE/ARRAIGNMENT** |
| v. | **AND PLEA MINUTES** |
| **JOHN D. WHELAN** | CASE NUMBER **21-CR-05** |
| **TINA MONTEZON** | |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding | Court Reporter: Zoom Audio |
| Deputy Clerk: Amanda Chasteen | Hearing Began: 1:30:00 PM |
| Hearing Held: January 29, 2021 at 1:30 PM | Hearing Ended: 1:58:00 PM |

**Appearances:**

UNITED STATES OF AMERICA by: Kevin Knight and Julie Stewart
JOHN D. WHELAN, via video conference, and by: Michael Penkwitz ☐ CJA ☐ FDS ☑ RET
TINA MONTEZON, via video conference, and by: Jonathan Smith ☐ CJA ☐ FDS ☑ RET
U.S. PROBATION OFFICE by: Joshua Hanzlik

☑ Original Indictment ☐ Superseding Indictment ☐ Information ☐ Misdemeanor ☑ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | April 9, 2021 | District Judge: | Brett Ludwig |
| Plea Deadline: | | Bond Judge: | William E. Duffin |
| Final Pretrial Report | | Magistrate Judge: | Nancy Joseph |
| Final Pretrial Conf.: | | Motions Due: | To Be Set |
| Jury Trial Date: | | Responses Due: | To Be Set |
| Trial Length Estimate: | 5 days | Replies Due: | To Be Set |

☑ Defendant consents to proceed via video
☑ Defendant advised of rights
☑ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☑ Indictment read ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
  Discovery available: Already started a rolling production of discovery.

☐ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted ☐ Denied
  ☐ Referred to Nancy Joseph
☐ Case designated complex
☑ Counsel Only Scheduling Conference: February 4, 2021 at 10:00 AM via Zoom
  before Magistrate Judge Nancy Joseph

Maximum Penalties:

**WHELAN**: **Count 1:** SENT: 20 years; FINE: $1 Million; SR: 3 years; SA: $100; **Count 2:** SENT: 20 years; FINE: $500,000; SR: 3 years; SA: $100; **Counts 3-6:** SENT: 20 years; FINE: $1 million; SR 3 years; SA: $100; **Counts 7-13**: SENT: 20 years; FINE: $1 Million; SR: 3 years; SA: $100; **Count 14:** SENT: 5 years; FINE; $250,000; SR: 3 years; SA: $100.

**MONTEZON: Count 1:** SENT: 20 years; FINE: $1 Million; SR: 3 years; SA: $100; **Count 2:** SENT: 20 years; FINE: $500,000; SR: 3 years; SA: $100; **Counts 7-13**: SENT: 20 years; FINE: $1 Million; SR: 3 years; SA: $100; **Count 15:** SENT: 5 years; FINE: $250,000; SR: 3 years; SA: $100.

**BOND**

GOVT no objections to deft being released with conditions
- Proposed conditions of release as to **John D. Whelan**: Not to prescribe or dispense or administer any controlled substances; no control, oversight, or training, with individuals to prescribe, dispense or administer any controlled substances; not see or treat patients outside of an established practice; no travel outside of ED WI without prior approval; not dispose of or transfer assets worth more that $1000,00 without pretrial approval; no contact between defendants in this case.
- Proposed conditions of release as to **Tina Montezon:** No involvement with anyone who is distributing or dispensing controlled substances at issue in this matter. no travel outside of ED WI without prior approval; not dispose of or transfer assets worth more than $1000,00 without pretrial approval; no contact between defendants in this case.

WHELAN speaks to the govt's proposed conditions of release
- Asks that the court still allow the deft still to prescribe medications. Asks that the court not consider the no-contact order.

MONTEZON speaks to the govt's proposed conditions of release
- Asks that the court not set a no-contact order; the court could order the defts not discuss the current charges; No objection to travel restrictions. Concerned with the broad language of having no contact with anyone who dispenses controlled substances.

COURT
- Defendants are ordered to contact the USMS for processing.


**Conditions of Release as to Whelan**: Surrender passport; Not see or treat any patients outside established practice; no travel outside of the ED-WI with prior approval; Not prescribe controlled substances; not to exercise control over anyone who dispenses controlled substances as named in the indictment; co-defendants are not to discuss the facts of this case outside the presence of counsel; not to dispose of assets of more than $1000,00 without prior approval from PTS, with the exception of attorney's fees, and rent or mortgage.

**Conditions of Release as to Montezon**: Surrender passport; not to be involved in the prescribing, dispensing or administering of controlled substances as named in the indictment; no travel outside of the ED-WI with prior approval; co-defendants not to discuss the facts of this case outside the presence of counsel; not to dispose of assets more than $1000,00 without prior approval from PTS, with the exception of attorney's fees, and rent or mortgage.

GOVT
- Makes corrections to charging documents as stated on the record.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.