**RECEIPT** 751576

DATE 1/29/21
RECEIVED FROM John D Whelan
DOLLARS $ passport
ADDRESS

FOR John D Whelan
21 cr 5

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| BEGINNING BALANCE | | CASH | |
| AMOUNT PAID | | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

BY [signature]

©2001 REDIFORM® S1657N-CL