UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
      Plaintiff,

v.                Case No. 2021-CR-5

JOHN D. WHELAN and
TINA MONTEZON
      Defendants.

---

### NOTICE OF RETAINER

---

  PLEASE BE ADVISED that the undersigned has been retained by Mr. John D. Whelan to represent him in the above-mentioned matter. Please serve all future documents upon Michael G. Penkwitz Attorney at Law, at 440 West Grand Avenue, Port Washington, WI 53074.

  Dated this 29th day of January, 2021.

                Respectfully Submitted,

                **MICHAEL G. PENKWITZ**
                **Attorney at Law**

                /s/ Michael G. Penkwitz

                ---

                Michael G. Penkwitz
                Attorney at Law

<u>MAILING ADDRESS</u>
Michael G. Penkwitz
Attorney at Law
440 West Grand Avenue
Port Washington, WI 53074
(262) 284-4537
(262) 284-9957 facsimile