# United States District Court
### EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **Nancy Joseph,** presiding. | Deputy Clerk: Amanda Chasteen |
| DATE: **February 4, 2021 at 10:00 AM** | Court Reporter: Zoom Audio |
| CASE NO. **21-CR-05** | Time Called: 10:01 AM |
| UNITED STATES v. **John Whelan & Tina Montezon** | Time Concluded: 10:16 AM |
| PROCEEDING: **Scheduling Conference** | |

UNITED STATES by: **Julie Stewart**

DEFENDANT: John Whelan by **Michael Penkwitz** and Tina Montezon by **Jonathan Smith**

---

GOVT speaks to nature of charges, and background of case.

- Speaks to status of discovery; voluminous discovery, including one search warrant, and undercover video, all of which are still being processed.
- There is a draft protective order that the govt has forwarded to counsel.
- Orally motions the court to designate case as complex.

PENKWITZ no objections to discovery being provided all at the same time.

SMITH no objections to plan for distribution of discovery materials.

COURT

- Discussion as to text of proposed protective order.
- Bases on the nature of the charges, and the volume of discovery it is in the best interest of justice that the court **grants** the govt's motion, and designates this case as complex.
- The court sets this matter for a Scheduling Conference for **April 19, 2021 at 10:00 AM** via Zoom videoconference.
- The court makes a speedy trial finding; the time from today's date until 4/19/2021 is tolled under the speedy trial act.