# MICHAEL G. PENKWITZ
*Attorney at Law*

440 W. Grand Avenue
Port Washington, WI 53074



Telephone: (262) 284-4537
Facsimile: (262) 284-9957

August 13, 2021

Honorable Brett H. Ludwig
United States District Judge
Eastern District of Wisconsin
Federal Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202-4500

Re:  United States District Court
     Eastern District of Wisconsin
     United States of America vs. John D. Whelan
     Case Number 2:21-cr-00005-BHL

Dear Judge Ludwig:

   This letter is to inform the Court that my client, Dr. John D. Whelan, has decided not to enter into the offered Plea Agreement in the above-refenced case, that was scheduled as a Plea Hearing on 8/17/21 at 1:00 p.m. I have informed Attorney Julie Stewart (USAWIE) of same and by copy of this letter.

   Pursuant to your Notice dated 8/13/21, it is my understanding that the 8/17/21 hearing will now be converted to a Counsel-Only Status Conference by telephone call in.

                                        Sincerely,

                                        Michael G. Penkwitz
                                        Attorney at Law

MGP/mtf
C: kevin.knight@usdoj.gov & Julie.stewart@usdoj.gov