# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.        COUNSEL-ONLY STATUS CONFERENCE

**JOHN D WHELAN (1)**        Case No. 21-cr-0005-bhl
**TINA MONTEZON (2)**

| | |
|---|---|
| HONORABLE BRETT H. LUDWIG presiding | Time Called: 1:03 p.m. |
| Proceeding Held: 8/17/2021 | Time Concluded: 1:16 p.m. |
| Deputy Clerk: Kris B. | Audio at Docket No.: 26 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Julie F Stewart and Kevin C Knight |
| JOHN D WHELAN by: | Michael G Penkwitz |
| TINA MONTEZON by: | Jonathan C Smith |

    The parties updated the Court on the status of the case. The government is prepared to move forward, and Defendants' counsel requested additional time to prepare for trial.

    A Final Pretrial will be held on December 2, 2021, at 10:00 a.m., and an 8-day trial will commence on December 13, 2021, in Room 225 of the U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee. The Court will issue a separate Pretrial Order.

    Given issues with counsel's need to retain an expert witness and available dates on the court's calendar, the Court made a finding under the Speedy Trial Act. With the consent of the defendants and in the interests of justice, the period of time between 8/17/2021 and 12/13/2021 is deemed excludable.