UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,                            Case No. 21-cr-0005-bhl-2

      v.

JOHN D. WHELAN (1),

       Defendant.

## NOTICE OF APPEARANCE

NOW COMES the law firm of CHAPMAN LAW GROUP, represented by RONALD W. CHAPMAN II, and respectfully submits this notice of appearance as counsel for Defendant JOHN D. WHELAN, M.D. in the above-captioned matter.

                                                     Respectfully Submitted,
                                                     CHAPMAN LAW GROUP

Dated: September 27, 2021              /s/ *Ronald W. Chapman II*
                                                     Ronald W. Chapman II (P73179)
                                                     *Attorney for Defendant Dr. Whelan*
                                                     1441 W. Long Lake Rd., Suite 310
                                                     Troy, MI 48098
                                                     (248) 644-6326
                                                     rwchapman@chapmanlawgroup.com

## PROOF OF SERVICE

   I hereby certify that on September 27, 2021, I presented the foregoing document to the Clerk of the Court for filing and uploading to the ECF System, which will send notification of such filing to the attorneys of record listen herein and I hereby certify that I have mailed by US Postal Service the document to any involved non-participants.

              /s/ *Ronald W. Chapman II*
              Ronald W. Chapman II  (P73179)
              *Attorney for Defendant Dr. Whelan*
              rwchapman@chapmanlawgroup.com