UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
                Plaintiff,

v.                                                        Case No. 21-CR-5

TINA MONTEZON,
                Defendant.

---

## MOTION TO TRAVEL TO NEW JERSEY

---

      NOW COMES the Defendant, Tina Montezon, by and through her attorneys, Kohn Smith Roth Law Offices, by Attorney Jonathan C. Smith, and upon all the files and record had heretofore herein hereby respectfully moves this Honorable Court for the entry of an Order allowing her to travel to Glen Gardener, New Jersey, to visit her sister-in-law with her daughter and grandchildren. It would be her intention to drive to New jersey, beginning on March 27, 2022, and return April 3, 2022, necessitating travel through Illinois, Indiana, Ohio, Pennsylvania and New Jersey. Finally, the undersigned has communicated with AUSA Kevin Knight who has indicated that the Government does not have an objection to this request.

      Dated at Milwaukee this 1st day of March, 2022.

                                            Respectfully Submitted,

                                            **KOHN SMITH ROTH**
                                            Attorneys for the Defendant
                                            ***s/ Jonathan C. Smith***
                                            Jonathan C. Smith
                                            SBN: 1022413

<u>P.O. Address</u>:
1110 N. Old World Third Street, Suite 201
Milwaukee, WI 53203
Phone: 414.273.0203
Fax: 414.273.8408
Email: jcskas@gmail.com