UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 021-CR-0005

JOHN D. WHELAN,

    Defendant.

## ORDER TO SEAL

Upon the motion of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefor,

IT IS HEREBY ORDERED, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, that Exhibits A and B to the **Government's Response to Defendant's Motion for Return of Property** filed on April 26, 2022, in the above-named case be **SEALED** until further order of this Court.

SO ORDERED this 26th day of April, 2022.

                                                      BRETT H. LUDWIG
                                                    United States District Judge