UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                         Case No. 21-CR-05 (BHL)

JOHN WHELAN,

      Defendant.

---

## [PROPOSED] ORDER

---

Based on the parties' stipulations, and the attendant withdrawal of Defendant's motion for return of funds to pay attorneys' fees, the Court hereby ORDERS that the United States Marshal Service release $80,000 of United States currency, from the approximately $132,732.04 seized by the United States, to Attorney Ronald Chapman II and the Chapman Law Group, as payment for Defendant's attorneys' fees in this case.

Dated this \_\_\_\_ day of June, 2022.

                                                        **BY THE COURT:**

                                                        _____

                                                        HON. BRETT H. LUDWIG
                                                        United States District Judge